

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00611-CV

249 LLC, Appellant

V.

CASO, INC., Appellee

Appeal from the 61st District Court of Harris County.   (Tr. Ct. No. 2012-42902).

**TO THE 61ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 15th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> After due consideration, the Court **grants** appellant 249 LLC's motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

> The Court **orders** that the appellant, 249 LLC, pay all appellate costs.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered January 15, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Massengale and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

